MELINDA L. HAAG (CSBN132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Special Assistant United States Attorney
　450 Golden Gate Avenue, Box 36055
　San Francisco, California 94102-3495
　Telephone: (415) 436-6915
　Facsimile:   (415) 436-6927
　Email: juan.walker@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF OCEANO DUNES, INC. ) | No. C 11-1476-EMC |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | **TO REGARDING DUE DATE FOR** |
| ) | **RESPONSE TO COMPLAINT, INITIAL** |
| KEN SALAZAR, et al. ) | **CASE MANAGEMENT AND ADR** |
| ) | **DEADLINES** |
| Defendants. ) | |

　Federal Defendants and Plaintiff Friends of Oceano Dunes, Inc., by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

　1. Federal Defendants have requested, and Plaintiff has agreed, to grant Federal Defendants a 30 day extension to file a response to the First Amended Complaint.  Federal Defendants response to the First Amended Complaint is continued by this Stipulation until May 31, 2011.

　2. Federal Defendants agree that if they file a motion to dismiss in response to the First Amended Complaint, the hearing on such a motion will be set for ~~August 17, 2011~~.  August 24, 2011 at 3:00 p.m.

　3. The Initial Case Management Conference in this matter is currently set for July 13, 2011 at 1:30 pm.

　4. Counsel for Plaintiff has a previously scheduled vacation during the first three weeks of June 2011 that will prevent him from working on this matter.

STIPULATION RE CMC & ADR DEADLINES
C 11-1476-EMC                                        1

5. The parties have discussed this schedule conflict and request that the Court adopt the following schedule with respect to the Initial Case Management Conference and ADR Deadlines:

| | |
|---|---|
| Initial Case Management Conference | ~~8/17/2011 at 1:30pm~~   8/24/11 at 3:00 p.m. |
| Last day to file Rule 26(f) Report, complete initial FRCivP 26(a) (1) disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | ~~8/10/2011~~   8/17/2011 |
| Last day to:<br>- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>- file ADR Certification signed by Parties and Counsel<br>- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | ~~8/3/2011~~   8/10/2011 |

///
///
///

STIPULATION RE CMC & ADR DEADLINES
C 11-1476-EMC                                        2

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 5, 2011 | MELINDA L. HAAG<br>United States Attorney |
| 3 | | /s/ |
| 4 | | JUAN D. WALKER<br>Special Assistant United States Attorney<br>Attorneys for Federal Defendants |
| 5 | | |
| 6 | | |
| 7 | DATED: May 5, 2011 | LAW OFFICES OF THOMAS D. ROTH |
| 8 | | /s/ |
| 9 | | THOMAS D. ROTH<br>Attorneys for Plaintiff |

[PR~~OP~~OSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  (as modified)

Dated: May 9, 2011  _____
EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION RE CMC & ADR DEADLINES
C 11-1476-EMC                3