1  MELINDA HAAG, (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  JUAN D. WALKER (CSBN 208008)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6915
6      Fax: (415) 436-6927
       juan.walker@usdoj.gov
7
   Attorneys for Federal Defendants
8
   THOMAS D. ROTH (CSBN 208601)
9  Law Offices of Thomas D. Roth
   One Market, Spear Tower, Suite 3600
10 San Francisco, California 94105
   Telephone: (4 15) 293-7684
11 Facsimile: (415) 435-2086
   Email: rothlaw1@comcast.net
12
   Attorneys for Plaintiff
13 FRIENDS OF OCEANO DUNES, INC.

14
                       UNITED STATES DISTRICT COURT
15
                      NORTHERN DISTRICT OF CALIFORNIA
16
                           SAN FRANCISCO DIVISION
17
   FRIENDS OF OCEANO DUNES, INC.   )   Case No. C 11-1476 EMC
18                                 )
           Plaintiff,              )   **STIPULATION OF DISMISSAL WITH**
19                                 )   **PREJUDICE AND [PROPOSED]**
       v.                          )   **ORDER**
20                                 )
   KEN SALAZAR, et al.             )
21                                 )
           Defendants.             )
22 _____)

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
No. C 11-1476 EMC

1  THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE
2  FOLLOWING STIPULATION:
3  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff FRIENDS OF OCEANO
4  DUNES, INC. ("Plaintiff") and Defendants KEN SALAZAR, in his official capacity as Secretary
5  of the Interior; ROWAN GOULD, in his official capacity as Director, U.S. Fish and Wildlife
6  Service, U.S. DEPARTMENT OF THE INTERIOR, and the UNITED STATES FISH AND
7  WILDLIFE SERVICE (collectively "Defendant") hereby stipulate to dismiss with prejudice the
8  above-captioned action, including all claims that were asserted therein.  Costs and attorneys' fees
9  allocated per the parties' Stipulation Regarding Settlement.

Dated: January___, 2012              Respectfully Submitted,
                                     MELINDA HAAG
                                     United States Attorney


                                     JUAN D. WALKER
                                     Assistant United States Attorney
                                     Attorneys for Federal Defendant

Dated: January ___, 2012             LAW OFFICES OF THOMAS D. ROTH


                                     THOMAS D. ROTH
                                     Attorneys for Plaintiff

## [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: __1/24/12_____

EDWARD M. CHEN
UNITED STATES

*IT IS SO ORDERED. Judge Edward M. Chen* (seal: United States District Court, Northern District of California)

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
No. C 11-1476 EMC                    2