MELINDA HAAG, (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    Fax: (415) 436-6927
    juan.walker@usdoj.gov

Attorneys for Federal Defendants

THOMAS D. ROTH (CSBN 208601)
Law Offices of Thomas D. Roth
One Market, Spear Tower, Suite 3600
San Francisco, California 94105
Telephone: (4 15) 293-7684
Facsimile: (415) 435-2086
Email: rothlaw1@comcast.net

Attorneys for Plaintiff
FRIENDS OF OCEANO DUNES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF OCEANO DUNES, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>KEN SALAZAR, et al.<br><br>    Defendants. | No. C 11-1476-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

    Federal Defendants and Plaintiff Friends of Oceano Dunes, Inc., by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

    1. Whereas, the parties signed and filed a Stipulation and [Proposed] Order Regarding Settlement to settle this matter on January 23, 2012.

1  2.  Whereas, the Court signed and entered the Stipulation and Order Regarding Settlement on January 24, 2012.

3.  Whereas, the settlement provides that Defendant will make all reasonable efforts to make payment within sixty (60) days of the date the Court approves the stipulation and Plaintiff's counsel provides the necessary information for electronic funds transfer.

4.  Whereas, the hearing on Plaintiff's motion for attorney's fees is currently pending for February 17, 2012.

5.  Whereas, the settlement provides that the Plaintiff will file a dismissal with prejudice once Defendant makes payment.

6.  Whereas, the dismissal with prejudice of the action will moot Plaintiff's motion for attorney's fees.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO
CONT. HEARING ON MTN FOR ATTORNEY'S FEES
C 11-1476-EMC                                         2

7. The parties hereby respectfully request that the Court continue the hearing on Plaintiff's motion for attorney's fees to May 4, 2012 at 1:30 p.m. Defendant's opposition to be due 21 days before the hearing, and Plaintiff's reply will be due 14 days before the hearing.

DATED: January 25, 2012   MELINDA L. HAAG
United States Attorney

/s/
JUAN D. WALKER[1]
Assistant United States Attorney
Attorneys for Federal Defendants

DATED: January 25, 2012   LAW OFFICES OF THOMAS D. ROTH

/s/

THOMAS D. ROTH
Attorneys for Plaintiff

[PRO~~POS~~ED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 1/26/12   _____
EDWARD M. CHEN
United States Magistrate Judge
District

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*

---

[1] I, Juan D. Walker, hereby attest, in accordance with the Northern District of California's General Order No. 45, Section X(B), the concurrence in the filing of this document has been obtained from the other signatory listed on this document.

STIPULATION AND [PROPOSED] ORDER TO
CONT. HEARING ON MTN FOR ATTORNEY'S FEES
C 11-1476-EMC                                                3